UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

In Re:                                                          Bankruptcy Case No. 15-13380

Timothy & Pamela McCarthy,

    Debtors.

---

**OBJECTION TO EXEMPTION AND REQUEST FOR HEARING**

---

NOW COMES the Trustee by his attorneys, Kepler & Peyton by Timothy J. Peyton, and objects to the Debtors' exemption of a one-half interest in a rental duplex 6722 Woodland Drive, Waunakee pursuant to Wis. Stat. 815.18(3)(b)(1) and requests a hearing thereon. The basis of the objection is that Wis. Stat. 815.18(3)(b)(1) calls for the exemption of equipment, inventory, farm products and professional books, not real estate.

Dated this 28th day of October, 2015.

                                            KEPLER & PEYTON

                                            \s\ Timothy J. Peyton
                                            Timothy J. Peyton
                                            Attorneys for Trustee

634 W. Main St., Ste. 202
Madison, WI 53703
(608) 257-5424